FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

NOV 2 2015

U.S. DISTRICT COURT-WVND
CLARKSBURG, WV 26301

Travis J. Kinney
   Plaintiff,

v.                                        Civil Action No. 1:15 –cv-122
                                          Honorable Irene M. Keeley

Fibrek Recycling, U.S. Inc.
   Defendants.

## AGREED DISMISSAL ORDER

THIS DAY came the parties and their counsel and represent to the Court that all matters in controversy relating to the above-styled civil action have been resolved. Therefore, the parties jointly request that this case be dismissed **WITH PREJUDICE** and that the parties bear their own attorneys' fees and costs associated with this litigation.

It is further **Ordered** that the Clerk will serve copies of this Order on all interested parties.

DATED: November 2, 2015

_____
Irene M. Keeley
United States District Judge

**Travis Kinney**
**By Counsel,**

/s/ Erika Kolenich (9880)
Karl Kolenich (12446)
Klie Law Offices, PLLC
85 W. Main Street
Buckhannon, WV 26201
T: (304) 472-5007
F: (304) 472-1126
ehklie@klielawoffices.com
karl@klielawoffices.com

**Fibrek Recycling U.S., INC.,**
**By Counsel,**

/s/ A. Patricia Diulus-Myers (9601)
Jackson Lewis LLP
One PPG Place, 28th Floor
Pittsburgh, PA 15222
T: (412) 232-0404
F: (412) 232-3441
DiulusMP@jacksonlewis.com